IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC </br>　　　　　Plaintiff, </br></br>v. </br></br>FISHING GOLDINGS, LLC dba RANGER BOATS </br>　　　　　Defendant. | ) </br>) </br>) Civil Action No. 6:13-cv-00161 </br>) </br>) </br>) </br>) </br>) </br>) |
| CLEAR WITH COMPUTERS, LLC </br>　　　　　Plaintiff, </br></br>v. </br></br>MAHINDRA USA, INC. </br>　　　　　Defendant. | ) </br>) </br>) Civil Action No. 6:13-cv-00177 </br>) </br>) </br>) </br>) </br>) |

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff Clear With Computers, LLC and defendant Mahindra USA, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Clear With Computers, LLC and defendant Mahindra USA, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated January 14, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

2

**So ORDERED and SIGNED this 17th day of January, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

2